Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| DISTRICT OF *SOUTH CAROLINA* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Partition Systems Inc. of South Carolina, a South Carolina Corporation* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): *57-1094866* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): *825 Garland Street Columbia SC*  ZIPCODE *29201* | Street Address of Joint Debtor (No. and Street, City, and State):  ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Richland* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *Post Office Box 181 Columbia SC*  ZIPCODE *29202* | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*  ZIPCODE |
|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other *Manufacturer*

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)    FORM B1, Page    2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Partition Systems Inc. of South Carolina, a South Carolina Corporation* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____    *8/27/2010* Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                       FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Partition Systems Inc. of South Carolina, a South Carolina Corporation*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

8/27/2010
(Date)

### Signature of Attorney*

X ***/s/ R. Geoffrey Levy***
Signature of Attorney for Debtor(s)

***R. Geoffrey Levy 2666***
Printed Name of Attorney for Debtor(s)

***Levy Law Firm, LLC***
Firm Name

***2300 Wayne Street***
Address

***Columbia SC  29201***

***803-256-4693***
Telephone Number

***8/27/2010***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Kenneth A. Bass***
Signature of Authorized Individual

***Kenneth A. Bass***
Printed Name of Authorized Individual

***President/CEO***
Title of Authorized Individual

***8/27/2010***
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re   *Partition Systems Inc. of South Carolina, a   South Carolina Corporation*                                   Case No.
                                                                                          Chapter *11*

_____ / Debtor

Attorney for Debtor:   *R. Geoffrey Levy*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*55,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*55,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3. $_____*1,039.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
       *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
       *$400.00 per hour as approved by the Court.*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
       *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
       *None*

Dated:  *8/27/2010*                        Respectfully submitted,

                              X */s/ R. Geoffrey Levy*_____
          Attorney for Petitioner: *R. Geoffrey Levy*
                              *Levy Law Firm, LLC*
                              *2300 Wayne Street*
                              *Columbia SC  29201*

                              *803-256-4693*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 10- |
| | ) | |
| Partition Systems, Inc. of South Carolina, | ) | CHAPTER 11 |
| a South Carolina Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kenneth A. Bass, declare under penalty of perjury that I am President/CEO of Partition Systems, Inc. of South Carolina, a South Carolina Corporation, and that the following resolution was adopted by the Director of this Corporation.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kenneth A. Bass, President/CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Kenneth A. Bass, President/CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved that Kenneth A. Bass, President/CEO of this Corporation, is authorized and directed to employ R. Geoffrey Levy, attorney and Levy Law Firm, LLC to represent the Corporation in such bankruptcy case."

Executed on: August 27, 2010          Signed: /s/ Kenneth A. Bass
                                              Kenneth A. Bass
                                              President/CEO

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *Partition Systems Inc. of South Carolina,*
   *a  South Carolina Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *R. Geoffrey Levy*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Kenneth A. Bass*<br>*251 Little Gap Lane*<br><br>*Chapin SC 29036* | | *100 % - common.* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Kenneth A. Bass*_____, *President/CEO*_____ of the *corporation*_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the

best of my knowledge, information and belief.


Date: *8/27/2010*_____

Signature: */s/ Kenneth A. Bass*_____

Name: *Kenneth A. Bass*

Title: *President/CEO*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re  *Partition Systems Inc. of South Carolina*                    Case No.
   *a  South Carolina Corporation*                                   Chapter  *11*

_____ ,
                                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Galaxy Hardware*<br>*651 Rosewood Drive*<br>*Columbia SC  29201* | Phone: 803-799-2423<br>*Galaxy Hardware*<br>*651 Rosewood Drive*<br>*Columbia SC  29201* | | | $ 1,500,077.02 |
| 2<br>*Formica*<br>*10155 Reading Road*<br>*Cincinnati OH  45241* | Phone: 513-786-3292<br>*Formica*<br>*10155 Reading Road*<br>*Cincinnati OH  45241* | | | $ 705,473.86 |
| 3<br>*Romax Co., Ltd.*<br>*LTD RM 7AB No. 31 Chin-nan Rd.*<br>*Sec. 2*<br>*Taipei Taiwan* | Phone: 886-22341-3286<br>*Romax Co., Ltd.*<br>*LTD RM 7AB No. 31 Chin-nan Rd.*<br>*Sec. 2*<br>*Taipei Taiwan* | | | $ 545,377.85 |
| 4<br>*Laminations Incorporated*<br>*101 Power Blvd.*<br>*Archbald PA  18403* | Phone: 570-343-7921<br>*Laminations Incorporated*<br>*101 Power Blvd.*<br>*Archbald PA  18403* | | | $ 388,740.00 |
| 5<br>*Averitt Express*<br>*1415 Neal Street*<br>*Cookeville TN  38502* | Phone: 800-283-7488<br>*Averitt Express*<br>*1415 Neal Street*<br>*Cookeville TN  38502* | | | $ 106,599.00 |

B4 (Official Form 4) (12/07)    Case 10-06189-jw    Doc 1    Filed 08/27/10    Entered 08/27/10 19:41:01    Desc Main
Document    Page 9 of 24

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>UPS Freight<br>3083 Charleston Hwy<br>West Columbia SC  29172 | Phone: 803-794-2600<br>UPS Freight<br>3083 Charleston Hwy<br>West Columbia SC  29172 | | | $ 95,596.09 |
| 7<br>YRC<br>10990 Roe Avenue<br>Leawood KS  66211 | Phone: 913-696-6100<br>YRC<br>10990 Roe Avenue<br>Leawood KS  66211 | | | $ 95,276.98 |
| 8<br>Estes Express Lines<br>3901 West Broad Street<br>Richmond VA  23230 | Phone: 804-204-1720<br>Estes Express Lines<br>3901 West Broad Street<br>Richmond VA  23230 | | | $ 91,896.20 |
| 9<br>Leeyes Metal Co.<br>LTD RM 7AB No. 31 Chin-nan Rd.<br>Sec. 2<br>Taipei Taiwan R.O.C.  100 | Phone: 886-22341-3286<br>Leeyes Metal Co.<br>LTD RM 7AB No. 31 Chin-nan Rd.<br>Sec. 2<br>Taipei Taiwan R.O.C.  100 | | | $ 91,632.60 |
| 10<br>Paragon Plastic Sheet<br>1707 Hwy 12 West<br>Dequincy LA  70633 | Phone: 337-786-2396<br>Paragon Plastic Sheet<br>1707 Hwy 12 West<br>Dequincy LA  70633 | | | $ 78,600.00 |
| 11<br>Galaxy Hardware<br>651 Rosewood Drive<br>Columbia SC  29201 | Phone: 803-799-2423<br>Galaxy Hardware<br>651 Rosewood Drive<br>Columbia SC  29201 | | | $ 56,535.20 |
| 12<br>Hafele America Co.<br>3901 Cheyenne Drive<br>High Point NC  27263 | Phone: 336-434-2322<br>Hafele America Co.<br>3901 Cheyenne Drive<br>High Point NC  27263 | | | $ 54,996.48 |
| 13<br>Gateway Supply<br>1312 Hamrick Street<br>Columbia SC  29201 | Phone: 803-771-7160<br>Gateway Supply<br>1312 Hamrick Street<br>Columbia SC  29201 | | | $ 51,759.03 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>ABF Freight System, Inc.<br>7424 Fairfield Road<br>Columbia SC  29203 | Phone: 803-786-7450<br>ABF Freight System, Inc.<br>7424 Fairfield Road<br>Columbia SC  29203 | | | $ 44,786.23 |
| 15<br>First Community Bank<br>Special Assets Division<br>4582 S. Ulster St. Ste 625<br>Denver CO  80237 | Phone: 303-729-3505<br>First Community Bank<br>Special Assets Division<br>4582 S. Ulster St. Ste 625<br>Denver CO  80237 | | | $ 35,927.00 |
| 16<br>American Tire Distributors<br>PO Box 3145<br>Huntersville NC  28070 | Phone: 704-992-2000<br>American Tire Distributors<br>PO Box 3145<br>Huntersville NC  28070 | | | $ 33,680.24 |
| 17<br>Bancroft Susa & Galloway, PC<br>3955 E. Fort Lowell Road<br>Suite 115<br>Tucson AZ  85712 | Phone: 520-721-2250<br>Bancroft Susa & Galloway, PC<br>3955 E. Fort Lowell Road<br>Suite 115<br>Tucson AZ  85712 | | | $ 30,585.70 |
| 18<br>Design Fabricators<br>PO Box 314<br>Irmo SC  29063 | Phone: 803-794-0960<br>Design Fabricators<br>PO Box 314<br>Irmo SC  29063 | | | $ 23,873.01 |
| 19<br>DATS Trucking, Inc.<br>PO Box 910550<br>Saint George UT  84791 | Phone: 435-673-1886<br>DATS Trucking, Inc.<br>PO Box 910550<br>Saint George UT  84791 | | | $ 22,268.41 |
| 20<br>Yellow Transportation, Inc.<br>PO Box 905175<br>Charlotte NC  28290-5175 | Phone: 800-935-8655<br>Yellow Transportation, Inc.<br>PO Box 905175<br>Charlotte NC  28290-5175 | | | $ 19,865.48 |

B4 (Official Form 4) (12/07)

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Kenneth A. Bass_____, _President/CEO_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/27/2010_____        Signature _/s/ Kenneth A. Bass_____

                                    Name:   _Kenneth A. Bass_
                                    Title:   _President/CEO_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) ___X___ scannable hard copy ___12___ (number of sheets submitted)

Date: _8/27/2010_____

Signature /s/ R. Geoffrey Levy _____
R. Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

ABF FREIGHT SYSTEM  INC
7424 FAIRFIELD ROAD
COLUMBIA  SC  29203


ADVANCED DOOR SYSTEMS
PO BOX 534206
ATLANTA  GA  30353-4206


AIA
AMERICAN INSTIT  OF ARCHITECTS
PO BOX 612128
DALLAS  TX  75261-2128


AMERICAN BURGLAR & FIRE ALARM
M A M A  MONITORING SERVICE
6423 MONTICELLO ROAD
COLUMBIA  SC  29203


AMERICAN SCHOOL & HOSPITAL FAC
CONTINENTAL PUBLISHING LLC
PO BOX 141
TOPSFIELD  MA  01983-0241


AMERICAN TIRE DISTRIBUTORS
PO BOX 3145
HUNTERSVILLE  NC  28070


ARRIS  INC
PO BOX 5099
ANNISTON  AL  36205


AT&T/BELLSOUTH
PO BOX 105262
ATLANTA  GA  30348-5262


AVERITT EXPRESS
1415 NEAL STREET
COOKEVILLE  TN  38502


AZ SIGN & GRAPHICS  INC
4976 WEST STREET
LAKESIDE AZ  85929

BAKER RAVENEL & BENDER  LLP
ATTORNEYS & COUNSELORS AT LAW
PO BOX 8057
COLUMBIA  SC  29202


BANCROFT SUSA & GALLOWAY  PC
3955 E  FORT LOWELL ROAD
SUITE 115
TUCSON  AZ  85712


BB&T LEASING EQUIPMENT FINANCE
PAYMENT PROCESSING
PO BOX 580155
CHARLOTTE  NC  28258-0155


BLACK RIVER SAW & TOOL
2243 LEAPHART RD
SUITE D
WEST COLUMBIA  SC  29169


BLASER BUILDING SPECIALITIES
PO BOX 1083
ORANGEVALE  CA  95662


BLUE CROSS BLUE SHIELD
OF SOUTH CAROLINA
PO BOX 100203
COLUMBIA  SC  29202


BOSHCO  INC
144A RANGEWAY RD
NORTH BILLERICA  MA  01862


BOX BOARD PRODUCTS
PO BOX 534335
ATLANTA  GA  30353-4335


BUCKEYE SALES AGENCY
8621 KIRKHILL COURT
DUBLIN  OH  43017

CARAUSTER
PO BOX 935013
ATLANTA  GA  31193


CAROLINA FASTENERS  INC
PO BOX 1814
SUMTER  SC  29151


CAROLINA PHONE SYSTEMS
PO BOX 3296
COLUMBIA  SC  29230


CHRISTOPHER CARNEY
PO BOX 510
WAYNE  IL  60184


CITY OF COLUMBIA
WATER CUSTOMER SERVICE
PO BOX 7997
COLUMBIA  SC  29202-7997


DALY & ASSOCIATES
SUDA ENTERPRISES
1793 MEADOW MOORE RD
SALT LAKE CITY  UT  84117


DATS TRUCKING  INC
PO BOX 910550
SAINT GEORGE  UT  84791


DESIGN FABRICATORS
PO BOX 314
IRMO  SC  29063


DHL WORLD WIDE EXPRESS
PO BOX 840032
DALLAS  TX  75284-0032


DIGILOCK
5341 OLD REDWOOD HWY
SUITE 200
PETALUMA  CA  94954

```
ECHO GLOBAL LOGISTICS  INC
ACCOUNTS RECEIVABLE
22168 NETWORK PLACE
CHICAGO  IL  60673-1221


EDWARD MINDLIN COMPANY
1905 SHIRLANE PL NE
ALBUQUERQUE  NM  87112


ESTES EXPRESS LINES
PO BOX 25612
RICHMOND  VA  23260-5612


ESTES EXPRESS LINES
3901 WEST BROAD STREET
RICHMOND VA  23230


FEDEX
PMB LOCKBOX 360353
PITTSBURGH  PA  15262-0001


FIRST COMMUNITY BANK
SPECIAL ASSETS DIVISION
4582 S  ULSTER ST  STE 625
DENVER  CO  80237


FORMICA
10155 READING ROAD
CINCINNATI  OH  45241


FORMICA CORPORATION
PO BOX 643956
PITTSBURGH  PA  15264-3956


FORMS AND SUPPLY
PO BOX 563953
6410 ORR ROAD
CHARLOTTE  NC  28213


FRONTIER
PO BOX 20550
ROCHESTER  NY  14602-0550
```

```
FRONTIER CONFERENCING
PO BOX 20550
HOLBROOK  AZ  86025


FUNDER AMERICA  INC
ATTN  BILL DARCEY
200 FUNDER DRIVE
MOCKSVILLE  NC  27028


GALAXY HARDWARE
651 ROSEWOOD DRIVE
COLUMBIA  SC  29201


GALAXY HARDWARE
PO BOX 8843
COLUMBIA  SC  29202


GATEWAY SUPPLY
1312 HAMRICK STREET
COLUMBIA  SC  29201


GATEWAY SUPPLY  INC
CORPORATE OFFICES
PO BOX 2826
COLUMBIA  SC  29202


GRANT & ASSOCIATES  INC
1524 EDWARDS AVENUE
NEW ORLEANS  LA  70123


HAFELE AMERICA CO
PO BOX 75352
CHARLOTTE  NC  28275


HAFELE AMERICA CO
3901 CHEYENNE DRIVE
HIGH POINT  NC  27263


HARDWARE AGENTS  LLC
3823 CRYSTAL WATERS LANE
GRAND RAPIDS  MI  49525
```

HARDWARE SERVICES  INC
PO BOX 637
NORFOLK  MA  02056


HD SUPPLY PLUMBING/HVAC
PO BOX 601976
CHARLOTTE  NC  28260-1976


HOKWANG INDUSTRIES CO   LTD
NO  131  TING PING ROAD
JUEI-FANG INDUSTRIES AREA
JUEI-FANG TOWN  TAIPEI COUNTY 22452  TAI


HOLZHER
120 WESTINGHOUSE BLVD
CHARLOTTE  NC  28273


HOME DEPOT SUPPLY
PO BOX 101888
ATLANTA  GA  30392-1888


HORIZON FOREST PRODUCTS
39 ELLWOOD COURT
GREENVILLE  SC  29607


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6 MDP 39
1835 ASSEMBLY STREET
COLUMBIA  SC  29201


INTERTEK
16015 SHADY FALLS RD
ELMENDORF  TX  78112


INTER-TEL TECHNOLOGIES  INC
PO BOX 53206
PHOENIX  AZ  85072-3206


JAN-PAK COLUMBIA
PO BOX 9549
COLUMBIA  SC  29290-0549

KENNETH A  BASS
251 LITTLE GAP LANE
CHAPIN  SC  29036


KENSTAN LOCK COMPANY
101 COMMERCIAL STREET
SUITE 100
PLAINVIEW  NY  11803


LAMINATIONS INCORPORATED
101 POWER BLVD
ARCHBALD  PA  18403


LAMINATIONS  INC
101 POWER BLVD
ARCHBALD  PA  18403


LEBHAR-FRIEDMAN  INC
PO BOX 405568
ATLANTA  GA  30384-5568


LEEYES METAL CO
LTD RM 7AB NO  31 CHIN-NAN RD
SEC  2
TAIPEI  TAIWAN R O C   100


LEUCO PRECISION TOOLING SYSTEM
DEPT #40132
PO BOX 740209
ATLANTA  GA  30374-0209


M & M SUPPLY
COURTERCO
2600 GREENGATE DRIVE
GREENSBORO  NC  27406


MASTER LOCK COMPANY
75 REMITTANCE DRIVE
SUITE 1426
CHICAGO  IL  60675

MCMASTER-CARR SUPPLY
PO BOX 7690
CHICAGO  IL  60680-7690


MILDRED BASS
6 CARDROSS LANE
COLUMBIA  SC  29209


MOORE WALLACE
AN RR DONNELLEY CO
PO BOX 93514
CHICAGO  IL  60673-3514


MSC INDUSTRIAL SUPPLY
34 BOLAND COURT
GREENVILLE  SC  29615


NATIONAL SPECIALTIES
PO BOX 7484
COLUMBIA  SC  29202


NEXSEN PRUET LLC
PO DRAWER 2426
COLUMBIA  SC  29202


NRPA
PO BOX 7600
MERRIFIELD  VA  22166-7600


NW WHITE & CO
PO BOX 7786
COLUMBIA  SC  29202


P J  POLKE CO
628 ROUTE 10
SUITE #1
WHIPPANY  NJ  07981


PALMETTO AIR CONDITIONING CO
PO BOX 1942
LEXINGTON  SC  29071

PALMETTO AUTOMATIC SPRINKLER
PO BOX 2927
WEST COLUMBIA   SC   29171


PALMETTO COMPRESSORS   INC
PO BOX 577
FOUNTAIN INN   SC   29644


PALMETTO PALLET CO    INC
PO BOX 666
NEWBERRY   SC   29108


PARAGON PLASTIC SHEET
1707 HWY 12 WEST
DEQUINCY   LA   70633


PARKER ASSOCIATES
2033 CHAPIN ROAD
CHAPIN   SC   29036


PARTITION SYSTEMS INC  OF SOUTH CAROLINA
POST OFFICE BOX 181
COLUMBIA   SC   29202


PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM   IL   60197-5750


POPE DAVIS
631 S  ASSEMBLY STREET
COLUMBIA   SC   29201


PROFESSIONAL PRINTERS
PO BOX 5287
WEST COLUMBIA   SC   29171


PROGENII
576 NORTHLAND BLVD
CINCINNATI   OH   45240

QUILL OFFICE
PO BOX 37600
PHILADELPHIA  PA  19101-0600


R & L WOODCRAFT  INC
823 INDUSTRIAL PARK DRIVE SE
LONSDALE  MN  55046


R E  THOMPSON CO
12304 PALISADES PKWY
AUSTIN  TX  78732


RANDOM DRUG SCREENS  INC
C/O MAGNOLIA FINANCIAL  INC
PO BOX 181
COLUMBIA  SC  29202


RICHLAND COUNTY TREASURER
PO BOX 11947
COLUMBIA  SC  29202


ROMAX CO    LTD
LTD RM 7AB NO  31 CHIN-NAN RD
SEC  2
TAIPEI  TAIWAN


SC DEPT OF REVENUE
WITHHOLDING
COLUMBIA  SC  29214


SC DEPT OF REVENUE & TAXATION
PO BOX 12265
COLUMBIA  SC  29211


SC EMPLOYMENT SEC COMMISSION
PO BOX 995
COLUMBIA  SC  29202


SECURITIES & EXCHANGE COMM
3475 LENOX ROAD NE
SUITE 1000
ATLANTA  GA  30326

SHEALY ELECTRICAL
417 HUGER STREET
COLUMBIA  SC  29201


SOUTHLAND SANITATION
PO BOX 9647
COLUMBIA  SC  29290


SOUTHWAY CRANE & RIGGING
COLUMBIA LLC
PO BOX 2109
LEXINGTON  SC  29071


SPRINT/NEXTEL
PO BOX 4181
CAROL STREAM  IL  60197-4181


SUBURBAN PROPANE
317 CHAPIN RD
CHAPIN  SC  29036


UNITED HOLDING
PO BOX 461
COLUMBIA  SC  29202


UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA
1441 MAIN ST   SUITE 500
COLUMBIA  SC  29201


UPS
PO BOX 7247-0244
PHILADELPHIA  PA  19170-0011


UPS FREIGHT
3083 CHARLESTON HWY
WEST COLUMBIA  SC  29172


UPS FREIGHT
PO BOX 533238
CHARLOTTE  NC  28290

```
WMG UNIVERSAL
610 N  GLENOAKS BLVD
#101
BURBANK  CA  91502


YELLOW TRANSPORTATION  INC
PO BOX 905175
CHARLOTTE  NC  28290-5175


YRC
10990 ROE AVENUE
LEAWOOD  KS  66211


YRC
PO BOX 905587
CHARLOTTE  NC  28290-5587
```